## Levinton et al., Appellants, *v.* North Branch Fire Ins. Co.

Argued March 25, 1920. Appeal, No. 280, Jan. T., 1920, from judgment of C. P. No. 2, of Phila. Co., Dec. T., 1918, No. 4353, refusing to take off nonsuit, in case of Levinton et al., trading as Union Novelty Mfg. Co., v. North Branch Fire Ins. Co. Before BROWN, C. J.,

MOSCHZISKER, WALLING, SIMPSON and KEPHART, JJ. Affirmed.

OPINION BY MR. JUSTICE KEPHART, May 26, 1920:

For the reasons given in the opinion, this day filed, in the case of William and J. Levinton, trading as Union Novelty Manufacturing Company, Appellant, v. The Ohio Farmers Insurance Company of Le Roy, Ohio, the judgment of the court below is affirmed.